| Opt-In Plaintiffs (Named Plaintiff *) | Service Payment | Total Settlement Amount |
|---|---:|---:|
| Ali-Carr, Jonathan K. | 500.00 | 2,043.49 |
| Bradford, Carlton L. | 500.00 | 640.95 |
| Coello, Jenny | 500.00 | 500.66 |
| Hill, Natalie A. | 1,500.00 | 1,500.66 |
| Hosier, Bradley* | 2,000.00 | 2,498.65 |
| Juste, Robenson | 1,500.00 | 2,489.62 |
| McGuire, Michael S. | 500.00 | 1,696.75 |
| Miller, Jacqueline | 1,500.00 | 1,613.79 |
| Mooney, James J. | 500.00 | 3,990.52 |
| Moses, Lomando R. | 500.00 | 1,545.51 |
| Phillips, Carlton | 1,500.00 | 1,998.93 |
| Richards, Clifford R. | 500.00 | 1,696.75 |
| Wright, Michael | 500.00 | 898.92 |

**EXHIBIT 2-A**