| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10001 | 1,058.66 |
| 10002 | 999.47 |
| 10003 | 1,179.87 |
| 10004 | 39.04 |
| 10005 | 563.80 |
| 10006 | 281.90 |
| 10007 | 537.00 |
| 10008 | 243.95 |
| 10009 | 140.95 |
| 10010 | 588.99 |
| 10011 | 433.82 |
| 10012 | 144.48 |
| 10013 | 36.82 |
| 10014 | 704.75 |
| 10015 | 173.63 |
| 10016 | 797.06 |
| 10017 | 704.29 |
| 10018 | 1,127.60 |
| 10019 | 422.85 |
| 10020 | 144.61 |
| 10021 | 140.95 |
| 10022 | 311.97 |
| 10023 | 706.61 |
| 10024 | 589.82 |
| 10025 | 1,089.65 |
| 10026 | 281.90 |
| 10027 | 645.48 |
| 10028 | 111.82 |
| 10029 | 734.92 |
| 10030 | 182.58 |
| 10031 | 211.43 |
| 10032 | 676.56 |
| 10033 | 495.65 |
| 10034 | 486.36 |
| 10035 | 294.14 |
| 10036 | 461.41 |
| 10037 | 1,518.08 |
| 10038 | 340.76 |
| 10039 | 269.51 |
| 10040 | 396.52 |
| 10041 | 367.86 |
| 10042 | 247.06 |
| 10043 | 404.42 |
| 10044 | 622.35 |
| 10045 | 1,133.33 |
| 10046 | 659.83 |
| 10047 | 968.07 |
| 10048 | 281.90 |
| 10049 | 848.33 |
| 10050 | 1,364.43 |
| 10051 | 1,869.53 |
| 10052 | 1,851.09 |

**EXHIBIT 2-B**

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10053 | 635.05 |
| 10054 | 4.65 |
| 10055 | 890.77 |
| 10056 | 422.85 |
| 10057 | 845.70 |
| 10058 | 140.95 |
| 10059 | 793.32 |
| 10060 | 422.85 |
| 10061 | 140.95 |
| 10062 | 281.90 |
| 10063 | 140.95 |
| 10064 | 297.41 |
| 10065 | 1,181.25 |
| 10066 | 140.95 |
| 10067 | 140.95 |
| 10069 | 281.90 |
| 10070 | 569.48 |
| 10071 | 775.23 |
| 10072 | 1,409.50 |
| 10073 | 704.75 |
| 10074 | 503.79 |
| 10075 | 1,179.64 |
| 10076 | 256.96 |
| 10077 | 422.85 |
| 10078 | 140.95 |
| 10079 | 116.01 |
| 10080 | 410.92 |
| 10081 | 83.49 |
| 10082 | 692.82 |
| 10083 | 211.43 |
| 10084 | 211.43 |
| 10085 | 281.90 |
| 10086 | 422.85 |
| 10087 | 140.95 |
| 10088 | 140.95 |
| 10089 | 673.31 |
| 10090 | 679.81 |
| 10091 | 140.95 |
| 10092 | 72.30 |
| 10093 | 140.95 |
| 10094 | 327.44 |
| 10095 | 83.11 |
| 10096 | 914.18 |
| 10097 | 76.98 |
| 10098 | 372.97 |
| 10099 | 281.90 |
| 10100 | 144.61 |
| 10101 | 692.67 |
| 10102 | 889.85 |
| 10103 | 486.66 |
| 10104 | 401.17 |
| 10105 | 162.64 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10106 | 1,145.05 |
| 10107 | 120.81 |
| 10108 | 1,306.58 |
| 10109 | 232.34 |
| 10110 | 636.60 |
| 10111 | 556.83 |
| 10112 | 340.76 |
| 10113 | 451.37 |
| 10114 | 346.95 |
| 10115 | 339.17 |
| 10116 | 659.19 |
| 10117 | 58.55 |
| 10118 | 1,078.97 |
| 10119 | 274.16 |
| 10120 | 803.88 |
| 10121 | 794.59 |
| 10122 | 65.05 |
| 10123 | 122.52 |
| 10124 | 421.89 |
| 10125 | 37.17 |
| 10126 | 9.29 |
| 10127 | 407.36 |
| 10128 | 190.52 |
| 10129 | 122.52 |
| 10130 | 777.55 |
| 10131 | 76.98 |
| 10132 | 594.93 |
| 10133 | 1,159.99 |
| 10134 | 153.34 |
| 10135 | 157.99 |
| 10136 | 211.43 |
| 10137 | 404.57 |
| 10138 | 603.91 |
| 10139 | 96.50 |
| 10140 | 232.34 |
| 10141 | 239.31 |
| 10142 | 263.47 |
| 10143 | 116.01 |
| 10144 | 761.28 |
| 10145 | 933.52 |
| 10146 | 872.19 |
| 10147 | 271.06 |
| 10148 | 956.65 |
| 10149 | 382.71 |
| 10150 | 635.83 |
| 10151 | 387.23 |
| 10152 | 140.95 |
| 10153 | 116.17 |
| 10154 | 140.95 |
| 10155 | 641.25 |
| 10156 | 517.36 |
| 10157 | 421.30 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10158 | 1,194.98 |
| 10159 | 1,719.72 |
| 10160 | 833.31 |
| 10161 | 627.31 |
| 10162 | 1,211.96 |
| 10163 | 944.09 |
| 10164 | 472.42 |
| 10165 | 359.35 |
| 10166 | 363.99 |
| 10167 | 135.53 |
| 10168 | 639.23 |
| 10169 | 179.98 |
| 10170 | 140.95 |
| 10171 | 204.46 |
| 10172 | 507.85 |
| 10173 | 664.86 |
| 10174 | 831.08 |
| 10175 | 665.59 |
| 10176 | 581.75 |
| 10177 | 1,309.26 |
| 10178 | 581.75 |
| 10179 | 353.86 |
| 10180 | 281.90 |
| 10181 | 136.81 |
| 10182 | 926.69 |
| 10183 | 140.95 |
| 10184 | 346.95 |
| 10185 | 288.10 |
| 10186 | 628.85 |
| 10187 | 70.48 |
| 10188 | 641.62 |
| 10189 | 1,059.01 |
| 10190 | 578.99 |
| 10191 | 128.30 |
| 10192 | 346.95 |
| 10193 | 294.38 |
| 10194 | 422.85 |
| 10195 | 140.95 |
| 10196 | 97.58 |
| 10197 | 497.24 |
| 10198 | 336.89 |
| 10199 | 84.38 |
| 10200 | 204.57 |
| 10201 | 90.78 |
| 10202 | 121.46 |
| 10203 | 498.65 |
| 10204 | 357.33 |
| 10205 | 136.81 |
| 10206 | 380.61 |
| 10207 | 422.85 |
| 10208 | 422.85 |
| 10209 | 294.53 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10210 | 1,239.29 |
| 10211 | 140.95 |
| 10212 | 122.52 |
| 10213 | 776.31 |
| 10214 | 743.78 |
| 10215 | 391.41 |
| 10216 | 615.84 |
| 10217 | 1,198.08 |
| 10218 | 52.04 |
| 10219 | 140.95 |
| 10220 | 352.38 |
| 10221 | 415.54 |
| 10222 | 144.48 |
| 10223 | 199.46 |
| 10224 | 1,296.48 |
| 10225 | 165.70 |
| 10226 | 803.42 |
| 10227 | 166.19 |
| 10228 | 145.76 |
| 10229 | 572.29 |
| 10230 | 997.29 |
| 10231 | 1,678.51 |
| 10232 | 332.43 |
| 10233 | 498.65 |
| 10234 | 83.11 |
| 10235 | 152.15 |
| 10236 | 76.71 |
| 10237 | 144.48 |
| 10238 | 914.18 |
| 10239 | 76.71 |
| 10240 | 451.50 |
| 10241 | 70.48 |
| 10242 | 659.83 |
| 10243 | 422.85 |
| 10244 | 878.87 |
| 10245 | 140.95 |
| 10246 | 281.90 |
| 10247 | 119.02 |
| 10248 | 507.14 |
| 10249 | 986.65 |
| 10250 | 287.68 |
| 10251 | 144.48 |
| 10252 | 281.90 |
| 10253 | 243.95 |
| 10254 | 997.29 |
| 10255 | 1,706.23 |
| 10256 | 199.50 |
| 10257 | 166.19 |
| 10258 | 762.54 |
| 10259 | 698.10 |
| 10260 | 1,070.93 |
| 10261 | 199.46 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10262 | 1,431.74 |
| 10263 | 199.46 |
| 10264 | 509.59 |
| 10265 | 140.95 |
| 10266 | 422.85 |
| 10267 | 269.97 |
| 10268 | 1,063.63 |
| 10269 | 685.08 |
| 10270 | 162.64 |
| 10271 | 122.52 |
| 10272 | 140.95 |
| 10273 | 80.19 |
| 10274 | 921.60 |
| 10275 | 354.63 |
| 10276 | 734.12 |
| 10277 | 293.65 |
| 10278 | 571.90 |
| 10279 | 440.47 |
| 10280 | 440.47 |
| 10281 | 86.96 |
| 10282 | 301.68 |
| 10283 | 453.89 |
| 10284 | 166.22 |
| 10285 | 630.40 |
| 10286 | 1,552.31 |
| 10287 | 1,033.58 |
| 10288 | 70.48 |
| 10289 | 32.53 |
| 10290 | 83.09 |
| 10291 | 923.15 |
| 10292 | 574.49 |
| 10293 | 252.47 |
| 10294 | 199.81 |
| 10295 | 274.16 |
| 10296 | 3,354.93 |
| 10297 | 704.75 |
| 10298 | 573.32 |
| 10299 | 338.42 |
| 10300 | 581.75 |
| 10302 | 176.58 |
| 10303 | 790.44 |
| 10304 | 53.70 |
| 10305 | 166.22 |
| 10306 | 82.72 |
| 10307 | 146.82 |
| 10308 | 797.83 |
| 10309 | 618.01 |
| 10310 | 140.95 |
| 10311 | 287.18 |
| 10312 | 503.13 |
| 10313 | 286.96 |
| 10314 | 704.75 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10315 | 146.82 |
| 10316 | 421.27 |
| 10317 | 293.65 |
| 10318 | 146.82 |
| 10319 | 513.88 |
| 10320 | 660.71 |
| 10321 | 220.23 |
| 10322 | 440.47 |
| 10323 | 201.03 |
| 10324 | 928.38 |
| 10325 | 73.41 |
| 10326 | 440.47 |
| 10327 | 474.35 |
| 10328 | 207.81 |
| 10329 | 146.82 |
| 10330 | 146.82 |
| 10331 | 334.31 |
| 10332 | 146.82 |
| 10333 | 428.04 |
| 10334 | 146.82 |
| 10335 | 367.06 |
| 10336 | 83.11 |
| 10337 | 140.95 |
| 10338 | 1,994.58 |
| 10339 | 70.48 |
| 10340 | 683.07 |
| 10341 | 83.11 |
| 10342 | 83.11 |
| 10343 | 263.17 |
| 10344 | 90.78 |
| 10345 | 83.11 |
| 10346 | 786.32 |
| 10347 | 332.43 |
| 10348 | 61.37 |
| 10349 | 643.12 |
| 10350 | 529.33 |
| 10351 | 83.11 |
| 10352 | 498.65 |
| 10353 | 166.22 |
| 10354 | 144.48 |
| 10355 | 581.75 |
| 10356 | 831.08 |
| 10357 | 69.04 |
| 10358 | 264.66 |
| 10359 | 498.65 |
| 10360 | 635.45 |
| 10361 | 552.34 |
| 10362 | 510.36 |
| 10364 | 1,170.66 |
| 10365 | 797.83 |
| 10366 | 598.37 |
| 10367 | 498.65 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10368 | 493.33 |
| 10369 | 182.58 |
| 10370 | 45.54 |
| 10371 | 2,297.07 |
| 10372 | 83.11 |
| 10373 | 347.26 |
| 10374 | 83.11 |
| 10375 | 461.88 |
| 10376 | 232.70 |
| 10377 | 45.54 |
| 10378 | 1,050.99 |
| 10379 | 786.32 |
| 10380 | 1,361.68 |
| 10381 | 166.22 |
| 10382 | 997.29 |
| 10383 | 76.71 |
| 10384 | 61.37 |
| 10385 | 70.48 |
| 10386 | 997.29 |
| 10387 | 830.99 |
| 10388 | 332.37 |
| 10389 | 492.25 |
| 10390 | 576.43 |
| 10391 | 352.38 |
| 10392 | 734.12 |
| 10393 | 154.07 |
| 10394 | 153.34 |
| 10395 | 140.95 |
| 10396 | 60.41 |
| 10397 | 269.97 |
| 10398 | 140.95 |
| 10399 | 740.17 |
| 10400 | 1,096.62 |
| 10401 | 2,809.82 |
| 10402 | 598.37 |
| 10403 | 906.77 |
| 10404 | 517.06 |
| 10405 | 563.80 |
| 10406 | 422.85 |
| 10407 | 884.73 |
| 10408 | 745.17 |
| 10409 | 281.90 |
| 10410 | 1,088.48 |
| 10411 | 965.10 |
| 10412 | 551.87 |
| 10413 | 437.64 |
| 10414 | 609.34 |
| 10415 | 211.43 |
| 10416 | 731.62 |
| 10417 | 747.97 |
| 10418 | 140.95 |
| 10419 | 140.95 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10420 | 281.90 |
| 10421 | 378.40 |
| 10422 | 61.37 |
| 10423 | 332.43 |
| 10424 | 571.08 |
| 10425 | 157.99 |
| 10426 | 140.95 |
| 10427 | 352.38 |
| 10428 | 89.99 |
| 10429 | 192.99 |
| 10430 | 266.41 |
| 10431 | 603.30 |
| 10432 | 4.65 |
| 10433 | 223.66 |
| 10434 | 88.29 |
| 10435 | 1,030.02 |
| 10436 | 382.58 |
| 10437 | 140.95 |
| 10438 | 723.04 |
| 10439 | 336.11 |
| 10440 | 475.46 |
| 10441 | 65.05 |
| 10442 | 374.84 |
| 10443 | 72.44 |
| 10444 | 238.53 |
| 10445 | 250.92 |
| 10446 | 166.22 |
| 10447 | 423.16 |
| 10448 | 532.82 |
| 10449 | 477.06 |
| 10450 | 845.24 |
| 10451 | 336.89 |
| 10452 | 365.54 |
| 10453 | 140.95 |
| 10454 | 209.10 |
| 10455 | 806.21 |
| 10456 | 315.98 |
| 10457 | 153.34 |
| 10458 | 1,919.09 |
| 10459 | 309.93 |
| 10460 | 289.53 |
| 10461 | 942.20 |
| 10462 | 725.29 |
| 10463 | 300.01 |
| 10464 | 374.84 |
| 10465 | 374.84 |
| 10466 | 453.21 |
| 10467 | 1,795.12 |
| 10468 | 1,986.91 |
| 10469 | 99.73 |
| 10470 | 299.19 |
| 10471 | 398.92 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10472 | 166.22 |
| 10473 | 113.79 |
| 10474 | 281.90 |
| 10475 | 1,186.11 |
| 10476 | 425.82 |
| 10477 | 70.48 |
| 10478 | 140.95 |
| 10479 | 230.94 |
| 10480 | 281.90 |
| 10481 | 453.98 |
| 10482 | 223.04 |
| 10483 | 261.76 |
| 10484 | 130.88 |
| 10485 | 99.73 |
| 10486 | 1,669.31 |
| 10487 | 1,163.51 |
| 10488 | 422.85 |
| 10489 | 1,085.78 |
| 10490 | 687.71 |
| 10491 | 847.25 |
| 10492 | 608.49 |
| 10493 | 293.36 |
| 10494 | 289.65 |
| 10496 | 281.90 |
| 10497 | 422.85 |
| 10498 | 465.13 |
| 10499 | 146.82 |
| 10500 | 487.90 |
| 10501 | 140.95 |
| 10502 | 916.18 |
| 10503 | 293.65 |
| 10504 | 141.17 |
| 10505 | 73.41 |
| 10506 | 1,121.51 |
| 10507 | 140.95 |
| 10508 | 564.87 |
| 10509 | 60.99 |
| 10510 | 1,286.17 |
| 10511 | 211.43 |
| 10512 | 211.43 |
| 10513 | 409.14 |
| 10514 | 430.88 |
| 10515 | 545.37 |
| 10516 | 328.52 |
| 10517 | 470.33 |
| 10518 | 140.95 |
| 10519 | 140.95 |
| 10520 | 211.43 |
| 10521 | 103.00 |
| 10522 | 281.90 |
| 10523 | 332.43 |
| 10524 | 166.22 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10525 | 498.65 |
| 10526 | 551.87 |
| 10527 | 140.95 |
| 10528 | 2,566.80 |
| 10529 | 121.46 |
| 10530 | 83.11 |
| 10531 | 83.11 |
| 10532 | 140.95 |
| 10533 | 308.14 |
| 10534 | 195.94 |
| 10535 | 762.06 |
| 10536 | 140.95 |
| 10537 | 352.38 |
| 10538 | 707.43 |
| 10539 | 251.22 |
| 10540 | 422.85 |
| 10541 | 83.11 |
| 10542 | 422.85 |
| 10543 | 422.85 |
| 10544 | 135.53 |
| 10545 | 422.85 |
| 10546 | 468.39 |
| 10547 | 140.95 |
| 10548 | 990.89 |
| 10549 | 310.69 |
| 10550 | 84.16 |
| 10551 | 281.90 |
| 10552 | 211.43 |
| 10553 | 686.32 |
| 10554 | 250.54 |
| 10555 | 275.32 |
| 10556 | 572.29 |
| 10557 | 1,080.40 |
| 10558 | 67.76 |
| 10559 | 698.10 |
| 10560 | 1,097.02 |
| 10561 | 498.65 |
| 10562 | 398.92 |
| 10563 | 65.05 |
| 10564 | 140.95 |
| 10565 | 209.10 |
| 10566 | 286.91 |
| 10567 | 283.45 |
| 10568 | 504.94 |
| 10569 | 429.82 |
| 10570 | 491.00 |
| 10571 | 195.93 |
| 10572 | 717.44 |
| 10573 | 2,154.52 |
| 10574 | 140.95 |
| 10575 | 978.13 |
| 10576 | 491.00 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10577 | 369.41 |
| 10578 | 239.31 |
| 10579 | 702.60 |
| 10580 | 783.59 |
| 10581 | 421.30 |
| 10582 | 369.41 |
| 10583 | 563.80 |
| 10584 | 704.75 |
| 10585 | 543.67 |
| 10586 | 281.90 |
| 10587 | 889.15 |
| 10588 | 114.34 |
| 10589 | 719.62 |
| 10590 | 88.29 |
| 10591 | 800.78 |
| 10592 | 166.22 |
| 10593 | 140.95 |
| 10594 | 465.91 |
| 10595 | 1,012.21 |
| 10596 | 501.08 |
| 10597 | 163.41 |
| 10598 | 797.83 |
| 10599 | 955.67 |
| 10600 | 73.64 |
| 10601 | 116.58 |
| 10602 | 76.71 |
| 10603 | 53.70 |
| 10604 | 256.96 |
| 10605 | 487.90 |
| 10606 | 61.37 |
| 10607 | 263.47 |
| 10608 | 123.60 |
| 10609 | 616.46 |
| 10610 | 276.48 |
| 10611 | 801.88 |
| 10612 | 207.81 |
| 10613 | 598.37 |
| 10614 | 512.84 |
| 10615 | 1,126.42 |
| 10616 | 498.65 |
| 10617 | 832.13 |
| 10618 | 121.46 |
| 10619 | 726.23 |
| 10620 | 498.65 |
| 10621 | 53.70 |
| 10622 | 166.22 |
| 10623 | 1,754.20 |
| 10624 | 664.86 |
| 10625 | 1,662.15 |
| 10626 | 3,822.36 |
| 10627 | 343.93 |
| 10628 | 664.86 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10629 | 83.11 |
| 10630 | 76.71 |
| 10631 | 83.11 |
| 10632 | 415.54 |
| 10633 | 129.02 |
| 10634 | 284.84 |
| 10635 | 281.90 |
| 10636 | 83.11 |
| 10637 | 935.54 |
| 10638 | 195.16 |
| 10639 | 70.48 |
| 10640 | 1,110.09 |
| 10641 | 218.40 |
| 10642 | 410.92 |
| 10643 | 123.45 |
| 10644 | 2,185.66 |
| 10645 | 199.81 |
| 10646 | 269.51 |
| 10647 | 27.88 |
| 10648 | 596.79 |
| 10649 | 669.51 |
| 10650 | 142.12 |
| 10651 | 583.94 |
| 10652 | 797.83 |
| 10653 | 283.86 |
| 10654 | 426.83 |
| 10655 | 435.71 |
| 10656 | 135.53 |
| 10657 | 880.94 |
| 10658 | 1,529.38 |
| 10659 | 38.09 |
| 10660 | 880.94 |
| 10661 | 347.86 |
| 10662 | 1,027.77 |
| 10663 | 293.65 |
| 10664 | 494.68 |
| 10665 | 440.47 |
| 10666 | 734.12 |
| 10667 | 187.48 |
| 10668 | 254.12 |
| 10669 | 648.24 |
| 10670 | 376.15 |
| 10671 | 421.27 |
| 10672 | 293.65 |
| 10673 | 400.42 |
| 10674 | 140.95 |
| 10675 | 263.47 |
| 10676 | 211.43 |
| 10677 | 211.43 |
| 10678 | 39.03 |
| 10679 | 333.94 |
| 10680 | 85.65 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10681 | 269.97 |
| 10682 | 412.92 |
| 10683 | 217.75 |
| 10684 | 711.26 |
| 10685 | 436.85 |
| 10686 | 250.46 |
| 10687 | 2,559.87 |
| 10688 | 2,418.31 |
| 10689 | 98.45 |
| 10690 | 106.12 |
| 10691 | 83.11 |
| 10692 | 916.18 |
| 10693 | 997.29 |
| 10694 | 567.21 |
| 10695 | 61.37 |
| 10696 | 38.36 |
| 10697 | 177.45 |
| 10698 | 140.95 |
| 10699 | 391.41 |
| 10700 | 257.12 |
| 10701 | 1,027.85 |
| 10702 | 303.13 |
| 10703 | 52.04 |
| 10704 | 379.48 |
| 10705 | 1,630.32 |
| 10706 | 146.41 |
| 10707 | 83.09 |
| 10708 | 76.98 |
| 10709 | 704.75 |
| 10710 | 986.65 |
| 10711 | 1,428.37 |
| 10712 | 401.17 |
| 10713 | 250.92 |
| 10714 | 1,060.85 |
| 10715 | 706.37 |
| 10716 | 1,066.33 |
| 10717 | 332.43 |
| 10718 | 779.93 |
| 10719 | 146.82 |
| 10720 | 332.37 |
| 10721 | 415.54 |
| 10722 | 498.65 |
| 10723 | 347.77 |
| 10724 | 121.46 |
| 10725 | 824.68 |
| 10726 | 469.24 |
| 10727 | 1,246.61 |
| 10728 | 664.86 |
| 10729 | 129.02 |
| 10730 | 281.90 |
| 10731 | 845.70 |
| 10732 | 713.39 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10733 | 140.95 |
| 10734 | 1,579.04 |
| 10735 | 350.76 |
| 10736 | 129.02 |
| 10737 | 99.73 |
| 10739 | 247.20 |
| 10740 | 474.30 |
| 10741 | 127.62 |
| 10742 | 119.25 |
| 10743 | 142.03 |
| 10744 | 201.03 |
| 10745 | 989.62 |
| 10746 | 53.70 |
| 10747 | 110.46 |
| 10748 | 797.83 |
| 10749 | 598.37 |
| 10750 | 398.92 |
| 10751 | 698.10 |
| 10752 | 507.85 |
| 10753 | 404.42 |
| 10754 | 563.80 |
| 10755 | 140.95 |
| 10756 | 354.70 |
| 10757 | 395.21 |
| 10758 | 140.95 |
| 10759 | 493.33 |
| 10760 | 88.29 |
| 10761 | 140.95 |
| 10762 | 274.44 |
| 10763 | 829.44 |
| 10764 | 368.64 |
| 10765 | 192.99 |
| 10766 | 385.68 |
| 10767 | 23.23 |
| 10768 | 694.54 |
| 10769 | 355.47 |
| 10770 | 115.33 |
| 10771 | 65.05 |
| 10772 | 469.78 |
| 10773 | 386.76 |
| 10774 | 381.03 |
| 10775 | 352.38 |
| 10776 | 358.88 |
| 10777 | 176.58 |
| 10778 | 500.30 |
| 10779 | 140.95 |
| 10780 | 718.54 |
| 10781 | 777.55 |
| 10782 | 23.23 |
| 10783 | 199.50 |
| 10784 | 263.47 |
| 10785 | 299.71 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10786 | 411.23 |
| 10787 | 250.61 |
| 10788 | 577.38 |
| 10789 | 547.54 |
| 10790 | 952.66 |
| 10791 | 876.06 |
| 10792 | 657.51 |
| 10793 | 140.95 |
| 10794 | 336.11 |
| 10795 | 110.72 |
| 10796 | 433.69 |
| 10797 | 211.73 |
| 10798 | 428.96 |
| 10799 | 140.95 |
| 10800 | 9.29 |
| 10801 | 32.53 |
| 10802 | 466.99 |
| 10803 | 466.99 |
| 10804 | 228.46 |
| 10805 | 263.47 |
| 10806 | 590.29 |
| 10807 | 533.16 |
| 10808 | 186.46 |
| 10809 | 1,795.64 |
| 10810 | 262.05 |
| 10811 | 140.95 |
| 10812 | 639.54 |
| 10813 | 211.43 |
| 10814 | 140.95 |
| 10815 | 637.69 |
| 10816 | 796.65 |
| 10817 | 621.11 |
| 10818 | 1,001.99 |
| 10819 | 562.56 |
| 10820 | 1,029.86 |
| 10821 | 308.23 |
| 10822 | 1,019.64 |
| 10823 | 427.03 |
| 10824 | 760.20 |
| 10825 | 355.47 |
| 10826 | 355.47 |
| 10827 | 348.50 |
| 10828 | 4.65 |
| 10829 | 4.65 |
| 10830 | 786.07 |
| 10831 | 305.13 |
| 10832 | 794.01 |
| 10833 | 260.99 |
| 10834 | 97.58 |
| 10835 | 422.85 |
| 10836 | 114.50 |
| 10837 | 750.91 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10838 | 153.34 |
| 10839 | 60.41 |
| 10840 | 23.23 |
| 10841 | 634.28 |
| 10842 | 1,006.01 |
| 10843 | 263.47 |
| 10844 | 385.18 |
| 10845 | 336.11 |
| 10846 | 111.52 |
| 10847 | 27.88 |
| 10848 | 23.23 |
| 10849 | 675.78 |
| 10850 | 281.90 |
| 10851 | 153.34 |
| 10852 | 233.88 |
| 10853 | 336.11 |
| 10854 | 918.50 |
| 10855 | 491.00 |
| 10856 | 458.63 |
| 10857 | 527.82 |
| 10858 | 267.19 |
| 10859 | 369.41 |
| 10860 | 224.92 |
| 10861 | 140.95 |
| 10862 | 348.50 |
| 10863 | 46.47 |
| 10864 | 130.88 |
| 10865 | 377.93 |
| 10866 | 742.70 |
| 10867 | 810.21 |
| 10868 | 181.22 |
| 10869 | 251.54 |
| 10870 | 199.81 |
| 10871 | 401.17 |
| 10872 | 363.99 |
| 10873 | 70.48 |
| 10874 | 765.93 |
| 10875 | 185.87 |
| 10876 | 51.11 |
| 10877 | 388.00 |
| 10878 | 805.71 |
| 10879 | 162.64 |
| 10880 | 281.90 |
| 10881 | 774.45 |
| 10882 | 144.41 |
| 10883 | 933.99 |
| 10884 | 374.06 |
| 10885 | 190.52 |
| 10886 | 83.11 |
| 10887 | 1,262.97 |
| 10888 | 103.00 |
| 10889 | 333.94 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10890 | 130.88 |
| 10891 | 185.87 |
| 10892 | 627.61 |
| 10893 | 140.95 |
| 10894 | 574.64 |
| 10895 | 1,283.89 |
| 10896 | 449.34 |
| 10897 | 895.60 |
| 10898 | 293.65 |
| 10899 | 448.37 |
| 10900 | 85.75 |
| 10901 | 424.52 |
| 10902 | 132.36 |
| 10903 | 312.88 |
| 10904 | 233.88 |
| 10905 | 348.50 |
| 10906 | 303.59 |
| 10907 | 156.52 |
| 10908 | 787.35 |
| 10909 | 83.11 |
| 10910 | 83.11 |
| 10911 | 627.95 |
| 10912 | 1,493.97 |
| 10913 | 211.43 |
| 10914 | 743.78 |
| 10915 | 563.80 |
| 10916 | 192.99 |
| 10917 | 281.90 |
| 10918 | 666.80 |
| 10919 | 83.49 |
| 10920 | 481.40 |
| 10921 | 422.85 |
| 10922 | 1,498.97 |
| 10923 | 1,424.58 |
| 10924 | 70.48 |
| 10925 | 2,827.98 |
| 10926 | 743.78 |
| 10927 | 230.94 |
| 10928 | 211.43 |
| 10929 | 140.95 |
| 10930 | 704.75 |
| 10931 | 36.58 |
| 10932 | 916.18 |
| 10933 | 374.00 |
| 10934 | 140.95 |
| 10935 | 140.95 |
| 10936 | 647.29 |
| 10937 | 195.16 |
| 10938 | 594.90 |
| 10939 | 1,394.69 |
| 10940 | 574.64 |
| 10941 | 81.78 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10942 | 140.95 |
| 10943 | 717.51 |
| 10944 | 140.95 |
| 10945 | 204.57 |
| 10946 | 83.11 |
| 10947 | 166.22 |
| 10948 | 61.37 |
| 10949 | 38.60 |
| 10950 | 2,434.67 |
| 10951 | 747.97 |
| 10952 | 76.71 |
| 10953 | 326.03 |
| 10954 | 83.11 |
| 10955 | 61.37 |
| 10957 | 710.89 |
| 10958 | 1,791.29 |
| 10959 | 99.73 |
| 10960 | 53.70 |
| 10961 | 332.43 |
| 10962 | 552.34 |
| 10963 | 332.43 |
| 10964 | 1,662.15 |
| 10965 | 249.32 |
| 10966 | 83.11 |
| 10967 | 235.26 |
| 10968 | 152.15 |
| 10969 | 332.43 |
| 10970 | 76.71 |
| 10971 | 122.81 |
| 10972 | 560.01 |
| 10973 | 61.37 |
| 10974 | 83.11 |
| 10975 | 84.38 |
| 10976 | 604.77 |
| 10977 | 217.21 |
| 10978 | 332.43 |
| 10979 | 647.27 |
| 10980 | 356.72 |
| 10981 | 718.56 |
| 10982 | 817.01 |
| 10983 | 288.00 |
| 10984 | 80.95 |
| 10985 | 43.58 |
| 10986 | 1,795.12 |
| 10987 | 211.43 |
| 10988 | 422.85 |
| 10989 | 52.04 |
| 10990 | 615.84 |
| 10991 | 140.95 |
| 10992 | 986.65 |
| 10993 | 378.40 |
| 10994 | 185.87 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 10995 | 311.33 |
| 10996 | 204.02 |
| 10997 | 84.38 |
| 10998 | 136.81 |
| 10999 | 884.77 |
| 11000 | 61.37 |
| 11001 | 46.03 |
| 11002 | 159.82 |
| 11003 | 332.43 |
| 11004 | 38.36 |
| 11005 | 140.95 |
| 11006 | 332.43 |
| 11007 | 218.40 |
| 11008 | 549.61 |
| 11009 | 23.23 |
| 11010 | 83.49 |
| 11011 | 41.82 |
| 11012 | 685.35 |
| 11013 | 551.41 |
| 11014 | 176.58 |
| 11015 | 204.46 |
| 11016 | 232.34 |
| 11017 | 281.90 |
| 11018 | 355.47 |
| 11019 | 491.00 |
| 11020 | 171.93 |
| 11021 | 223.04 |
| 11022 | 269.97 |
| 11023 | 374.84 |
| 11024 | 718.54 |
| 11025 | 41.34 |
| 11026 | 1,043.10 |
| 11027 | 263.47 |
| 11028 | 389.86 |
| 11029 | 801.67 |
| 11030 | 404.42 |
| 11031 | 281.90 |
| 11032 | 391.41 |
| 11033 | 1,417.30 |
| 11034 | 1,532.02 |
| 11035 | 70.48 |
| 11036 | 986.65 |
| 11037 | 327.44 |
| 11038 | 634.28 |
| 11039 | 214.59 |
| 11040 | 465.40 |
| 11041 | 1,595.66 |
| 11042 | 401.17 |
| 11043 | 263.47 |
| 11044 | 387.23 |
| 11045 | 205.31 |
| 11046 | 3,602.51 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11047 | 199.46 |
| 11048 | 1,741.42 |
| 11049 | 553.88 |
| 11050 | 281.90 |
| 11051 | 248.13 |
| 11052 | 185.87 |
| 11053 | 140.95 |
| 11054 | 140.95 |
| 11055 | 70.48 |
| 11056 | 333.94 |
| 11057 | 134.70 |
| 11058 | 120.84 |
| 11059 | 83.11 |
| 11060 | 401.47 |
| 11061 | 831.08 |
| 11062 | 190.50 |
| 11063 | 997.29 |
| 11064 | 332.43 |
| 11065 | 209.10 |
| 11066 | 967.88 |
| 11067 | 264.66 |
| 11068 | 1,966.45 |
| 11069 | 308.60 |
| 11070 | 5,445.88 |
| 11071 | 409.14 |
| 11072 | 141.17 |
| 11073 | 1,745.26 |
| 11074 | 1,246.61 |
| 11075 | 1,058.66 |
| 11076 | 332.43 |
| 11077 | 415.54 |
| 11078 | 83.11 |
| 11079 | 146.83 |
| 11080 | 997.29 |
| 11081 | 1,035.65 |
| 11082 | 166.22 |
| 11083 | 39.19 |
| 11084 | 83.09 |
| 11085 | 332.43 |
| 11086 | 1,179.35 |
| 11087 | 159.82 |
| 11088 | 332.43 |
| 11089 | 498.65 |
| 11090 | 363.83 |
| 11091 | 287.68 |
| 11092 | 869.43 |
| 11093 | 1,580.32 |
| 11094 | 83.09 |
| 11095 | 415.54 |
| 11096 | 2,798.16 |
| 11097 | 664.86 |
| 11098 | 83.11 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11099 | 175.16 |
| 11100 | 1,126.42 |
| 11101 | 221.94 |
| 11102 | 129.13 |
| 11103 | 681.48 |
| 11104 | 347.77 |
| 11105 | 831.08 |
| 11106 | 643.12 |
| 11107 | 1,837.31 |
| 11108 | 1,495.94 |
| 11109 | 498.65 |
| 11110 | 2,108.37 |
| 11111 | 98.43 |
| 11112 | 166.22 |
| 11113 | 288.00 |
| 11114 | 664.86 |
| 11115 | 914.18 |
| 11116 | 166.22 |
| 11117 | 498.65 |
| 11118 | 61.37 |
| 11119 | 334.31 |
| 11120 | 664.86 |
| 11121 | 256.99 |
| 11122 | 997.29 |
| 11123 | 498.65 |
| 11124 | 83.09 |
| 11125 | 1,329.72 |
| 11126 | 129.13 |
| 11127 | 83.09 |
| 11128 | 159.82 |
| 11129 | 595.82 |
| 11130 | 1,443.51 |
| 11131 | 997.29 |
| 11132 | 2,212.94 |
| 11133 | 2,532.61 |
| 11134 | 737.28 |
| 11135 | 129.13 |
| 11136 | 53.70 |
| 11137 | 986.65 |
| 11138 | 641.86 |
| 11139 | 281.90 |
| 11140 | 211.43 |
| 11141 | 250.46 |
| 11142 | 1,086.08 |
| 11143 | 140.95 |
| 11144 | 276.48 |
| 11145 | 65.05 |
| 11146 | 599.11 |
| 11147 | 836.36 |
| 11148 | 211.43 |
| 11149 | 1,850.01 |
| 11150 | 192.99 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11151 | 281.90 |
| 11152 | 136.81 |
| 11153 | 83.11 |
| 11154 | 166.22 |
| 11155 | 837.23 |
| 11156 | 498.65 |
| 11157 | 747.97 |
| 11158 | 642.80 |
| 11159 | 346.95 |
| 11160 | 714.04 |
| 11161 | 341.93 |
| 11162 | 65.05 |
| 11163 | 701.65 |
| 11164 | 440.47 |
| 11165 | 422.85 |
| 11166 | 112.35 |
| 11167 | 704.75 |
| 11168 | 414.68 |
| 11169 | 687.40 |
| 11170 | 140.95 |
| 11171 | 503.53 |
| 11172 | 145.09 |
| 11173 | 1,138.82 |
| 11174 | 3,366.11 |
| 11175 | 70.49 |
| 11176 | 411.23 |
| 11177 | 621.63 |
| 11178 | 32.53 |
| 11179 | 495.65 |
| 11180 | 128.50 |
| 11181 | 704.75 |
| 11182 | 1,637.93 |
| 11183 | 847.25 |
| 11184 | 407.46 |
| 11185 | 2,267.68 |
| 11186 | 199.46 |
| 11187 | 2,258.48 |
| 11188 | 332.43 |
| 11189 | 1,396.21 |
| 11190 | 579.13 |
| 11191 | 884.77 |
| 11192 | 310.69 |
| 11193 | 332.43 |
| 11194 | 862.92 |
| 11195 | 440.47 |
| 11196 | 848.26 |
| 11197 | 562.28 |
| 11198 | 661.83 |
| 11199 | 636.47 |
| 11200 | 55.76 |
| 11201 | 491.78 |
| 11202 | 1,396.21 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11203 | 461.88 |
| 11204 | 506.22 |
| 11205 | 243.95 |
| 11206 | 39.03 |
| 11207 | 788.24 |
| 11208 | 422.85 |
| 11210 | 192.99 |
| 11211 | 91.07 |
| 11212 | 673.31 |
| 11213 | 281.90 |
| 11214 | 281.90 |
| 11215 | 1,235.83 |
| 11216 | 151.68 |
| 11217 | 211.43 |
| 11218 | 1,122.18 |
| 11219 | 463.29 |
| 11220 | 847.28 |
| 11221 | 487.90 |
| 11222 | 140.95 |
| 11223 | 166.19 |
| 11224 | 628.86 |
| 11225 | 75.98 |
| 11226 | 455.80 |
| 11227 | 641.50 |
| 11228 | 622.35 |
| 11229 | 422.85 |
| 11230 | 771.35 |
| 11231 | 704.75 |
| 11232 | 70.48 |
| 11233 | 724.89 |
| 11234 | 233.88 |
| 11235 | 623.43 |
| 11236 | 414.49 |
| 11237 | 1,370.12 |
| 11238 | 281.90 |
| 11239 | 704.75 |
| 11240 | 404.42 |
| 11241 | 281.90 |
| 11242 | 281.90 |
| 11243 | 320.93 |
| 11244 | 417.43 |
| 11245 | 292.24 |
| 11246 | 70.48 |
| 11247 | 391.41 |
| 11248 | 161.55 |
| 11249 | 718.69 |
| 11250 | 122.52 |
| 11251 | 563.80 |
| 11252 | 845.70 |
| 11253 | 498.42 |
| 11254 | 493.33 |
| 11255 | 986.65 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11256 | 714.89 |
| 11257 | 498.65 |
| 11258 | 695.54 |
| 11259 | 144.48 |
| 11260 | 106.10 |
| 11261 | 1,066.33 |
| 11262 | 476.91 |
| 11263 | 453.89 |
| 11264 | 69.04 |
| 11265 | 997.29 |
| 11266 | 658.46 |
| 11267 | 747.97 |
| 11268 | 433.84 |
| 11269 | 451.29 |
| 11270 | 122.52 |
| 11271 | 358.88 |
| 11272 | 140.95 |
| 11273 | 1,940.88 |
| 11274 | 173.37 |
| 11275 | 398.92 |
| 11276 | 797.83 |
| 11277 | 346.74 |
| 11278 | 672.02 |
| 11279 | 771.75 |
| 11280 | 299.19 |
| 11281 | 698.10 |
| 11282 | 199.46 |
| 11283 | 3,854.14 |
| 11284 | 5,187.84 |
| 11285 | 563.08 |
| 11286 | 1,396.21 |
| 11287 | 199.46 |
| 11288 | 199.46 |
| 11289 | 2,385.82 |
| 11290 | 845.39 |
| 11291 | 997.29 |
| 11292 | 1,769.04 |
| 11293 | 672.02 |
| 11294 | 821.77 |
| 11295 | 698.10 |
| 11296 | 1,170.66 |
| 11297 | 771.75 |
| 11298 | 339.01 |
| 11299 | 576.19 |
| 11300 | 281.90 |
| 11301 | 281.95 |
| 11302 | 281.90 |
| 11303 | 83.11 |
| 11304 | 544.67 |
| 11305 | 1,344.29 |
| 11306 | 1,479.05 |
| 11307 | 36.82 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11308 | 173.37 |
| 11309 | 3,057.84 |
| 11310 | 1,660.10 |
| 11311 | 136.16 |
| 11312 | 564.42 |
| 11313 | 70.48 |
| 11314 | 540.26 |
| 11315 | 621.11 |
| 11316 | 153.34 |
| 11317 | 772.13 |
| 11318 | 339.21 |
| 11319 | 937.39 |
| 11320 | 274.40 |
| 11321 | 472.82 |
| 11322 | 354.63 |
| 11323 | 70.48 |
| 11324 | 347.86 |
| 11325 | 1,494.02 |
| 11326 | 281.90 |
| 11327 | 140.95 |
| 11328 | 263.47 |
| 11329 | 181.06 |
| 11330 | 140.95 |
| 11331 | 506.34 |
| 11332 | 103.37 |
| 11333 | 743.78 |
| 11334 | 396.05 |
| 11335 | 122.52 |
| 11336 | 422.85 |
| 11337 | 1,595.66 |
| 11338 | 598.37 |
| 11339 | 348.50 |
| 11340 | 140.95 |
| 11341 | 99.73 |
| 11342 | 753.34 |
| 11343 | 1,959.29 |
| 11344 | 490.97 |
| 11345 | 493.17 |
| 11346 | 1,196.75 |
| 11347 | 645.93 |
| 11348 | 211.43 |
| 11349 | 140.95 |
| 11350 | 211.43 |
| 11351 | 122.19 |
| 11352 | 634.28 |
| 11353 | 211.43 |
| 11354 | 704.75 |
| 11355 | 374.06 |
| 11356 | 331.47 |
| 11357 | 610.67 |
| 11358 | 463.46 |
| 11359 | 192.99 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11360 | 716.58 |
| 11361 | 642.58 |
| 11362 | 1,212.40 |
| 11363 | 140.95 |
| 11364 | 281.90 |
| 11365 | 129.13 |
| 11366 | 127.58 |
| 11367 | 166.22 |
| 11368 | 563.80 |
| 11369 | 83.50 |
| 11370 | 310.69 |
| 11371 | 414.49 |
| 11372 | 845.70 |
| 11373 | 281.90 |
| 11374 | 411.55 |
| 11375 | 1,268.55 |
| 11376 | 422.85 |
| 11377 | 281.90 |
| 11378 | 140.95 |
| 11379 | 1,127.60 |
| 11380 | 1,057.13 |
| 11381 | 281.90 |
| 11382 | 758.96 |
| 11383 | 40.04 |
| 11384 | 175.16 |
| 11386 | 710.89 |
| 11387 | 1,579.04 |
| 11388 | 145.76 |
| 11389 | 99.73 |
| 11390 | 906.77 |
| 11391 | 140.95 |
| 11392 | 140.95 |
| 11393 | 556.06 |
| 11394 | 606.86 |
| 11395 | 641.25 |
| 11396 | 698.10 |
| 11397 | 1,669.31 |
| 11398 | 1,950.08 |
| 11399 | 281.90 |
| 11400 | 236.54 |
| 11401 | 778.65 |
| 11402 | 326.03 |
| 11403 | 121.46 |
| 11404 | 498.65 |
| 11405 | 597.10 |
| 11406 | 801.67 |
| 11407 | 664.86 |
| 11408 | 258.27 |
| 11409 | 563.80 |
| 11410 | 493.33 |
| 11411 | 845.70 |
| 11412 | 1,205.76 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11413 | 551.87 |
| 11414 | 179.98 |
| 11415 | 199.50 |
| 11416 | 609.34 |
| 11417 | 292.49 |
| 11418 | 498.65 |
| 11419 | 332.43 |
| 11420 | 469.24 |
| 11421 | 265.94 |
| 11422 | 326.03 |
| 11423 | 99.73 |
| 11424 | 1,196.75 |
| 11425 | 2,393.50 |
| 11426 | 797.83 |
| 11427 | 527.79 |
| 11428 | 1,244.37 |
| 11429 | 2,094.31 |
| 11430 | 199.46 |
| 11431 | 1,396.21 |
| 11432 | 581.75 |
| 11433 | 1,270.39 |
| 11434 | 398.92 |
| 11435 | 1,106.23 |
| 11436 | 2,158.75 |
| 11437 | 199.46 |
| 11438 | 1,298.01 |
| 11439 | 1,097.02 |
| 11440 | 2,712.63 |
| 11441 | 308.39 |
| 11442 | 1,795.12 |
| 11443 | 997.29 |
| 11444 | 672.02 |
| 11445 | 1,138.15 |
| 11446 | 108.93 |
| 11447 | 2,393.50 |
| 11448 | 1,329.72 |
| 11449 | 469.24 |
| 11450 | 159.82 |
| 11451 | 544.67 |
| 11452 | 83.11 |
| 11453 | 166.22 |
| 11454 | 83.11 |
| 11455 | 167.49 |
| 11456 | 1,074.00 |
| 11457 | 853.06 |
| 11458 | 672.02 |
| 11459 | 199.46 |
| 11460 | 73.64 |
| 11461 | 563.80 |
| 11462 | 191.78 |
| 11463 | 191.78 |
| 11464 | 997.29 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11465 | 2,267.68 |
| 11466 | 326.03 |
| 11467 | 154.96 |
| 11468 | 409.14 |
| 11469 | 663.72 |
| 11470 | 388.78 |
| 11471 | 297.20 |
| 11473 | 298.94 |
| 11474 | 206.00 |
| 11475 | 9.29 |
| 11476 | 678.42 |
| 11477 | 233.88 |
| 11478 | 390.32 |
| 11479 | 482.52 |
| 11480 | 341.74 |
| 11481 | 281.90 |
| 11482 | 1,783.30 |
| 11483 | 741.57 |
| 11484 | 415.54 |
| 11485 | 769.48 |
| 11486 | 590.29 |
| 11487 | 713.61 |
| 11488 | 332.43 |
| 11489 | 83.11 |
| 11490 | 1,828.37 |
| 11491 | 544.67 |
| 11492 | 129.13 |
| 11493 | 664.86 |
| 11494 | 747.97 |
| 11495 | 332.43 |
| 11496 | 144.48 |
| 11497 | 627.78 |
| 11498 | 824.68 |
| 11499 | 498.65 |
| 11500 | 747.97 |
| 11501 | 310.69 |
| 11502 | 741.57 |
| 11503 | 124.66 |
| 11504 | 581.75 |
| 11505 | 1,346.34 |
| 11506 | 2,410.12 |
| 11507 | 53.70 |
| 11508 | 498.65 |
| 11509 | 83.11 |
| 11510 | 415.54 |
| 11511 | 415.54 |
| 11512 | 914.18 |
| 11513 | 61.36 |
| 11514 | 498.65 |
| 11515 | 166.19 |
| 11516 | 747.97 |
| 11517 | 1,196.75 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11518 | 461.93 |
| 11519 | 1,198.08 |
| 11520 | 171.93 |
| 11521 | 65.05 |
| 11522 | 350.05 |
| 11523 | 140.95 |
| 11524 | 909.21 |
| 11525 | 984.73 |
| 11526 | 166.19 |
| 11527 | 281.90 |
| 11528 | 142.03 |
| 11529 | 185.87 |
| 11530 | 52.26 |
| 11531 | 199.81 |
| 11532 | 32.53 |
| 11533 | 449.34 |
| 11534 | 612.59 |
| 11535 | 675.78 |
| 11536 | 2,405.10 |
| 11537 | 1,039.31 |
| 11538 | 348.50 |
| 11539 | 9.29 |
| 11540 | 947.87 |
| 11541 | 332.43 |
| 11542 | 897.56 |
| 11543 | 145.76 |
| 11544 | 1,471.13 |
| 11545 | 511.14 |
| 11546 | 2,293.77 |
| 11547 | 997.29 |
| 11548 | 1,890.24 |
| 11549 | 83.11 |
| 11550 | 679.81 |
| 11551 | 173.37 |
| 11552 | 1,595.66 |
| 11553 | 1,003.88 |
| 11554 | 1,196.75 |
| 11555 | 535.47 |
| 11557 | 598.37 |
| 11558 | 2,371.38 |
| 11559 | 108.93 |
| 11560 | 136.55 |
| 11561 | 989.62 |
| 11563 | 1,396.21 |
| 11564 | 598.37 |
| 11565 | 2,367.41 |
| 11566 | 555.74 |
| 11567 | 2,740.24 |
| 11568 | 1,152.25 |
| 11569 | 989.62 |
| 11570 | 725.72 |
| 11571 | 282.31 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11572 | 1,433.03 |
| 11573 | 282.31 |
| 11574 | 354.42 |
| 11575 | 997.29 |
| 11576 | 64.44 |
| 11577 | 790.16 |
| 11578 | 127.62 |
| 11579 | 70.48 |
| 11580 | 887.21 |
| 11581 | 895.27 |
| 11582 | 83.09 |
| 11583 | 84.49 |
| 11584 | 2,333.77 |
| 11585 | 422.85 |
| 11586 | 327.53 |
| 11587 | 513.88 |
| 11588 | 734.12 |
| 11589 | 303.65 |
| 11590 | 146.82 |
| 11591 | 948.70 |
| 11592 | 146.82 |
| 11593 | 40.66 |
| 11594 | 768.49 |
| 11595 | 586.67 |
| 11596 | 742.02 |
| 11597 | 367.06 |
| 11598 | 293.65 |
| 11599 | 293.65 |
| 11600 | 116.31 |
| 11601 | 2,214.43 |
| 11602 | 1,615.06 |
| 11603 | 127.62 |
| 11604 | 73.41 |
| 11605 | 994.77 |
| 11606 | 734.12 |
| 11607 | 367.06 |
| 11608 | 127.62 |
| 11609 | 293.65 |
| 11610 | 721.69 |
| 11611 | 1,081.98 |
| 11612 | 556.89 |
| 11613 | 73.41 |
| 11614 | 639.34 |
| 11615 | 278.78 |
| 11616 | 769.13 |
| 11617 | 587.29 |
| 11618 | 153.19 |
| 11619 | 38.36 |
| 11620 | 664.86 |
| 11621 | 140.95 |
| 11622 | 1,394.01 |
| 11623 | 567.98 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11624 | 167.28 |
| 11625 | 1,048.98 |
| 11626 | 309.93 |
| 11627 | 234.66 |
| 11628 | 283.45 |
| 11629 | 388.00 |
| 11630 | 281.90 |
| 11631 | 209.10 |
| 11632 | 594.78 |
| 11633 | 281.90 |
| 11634 | 255.57 |
| 11635 | 634.28 |
| 11636 | 140.95 |
| 11637 | 563.80 |
| 11638 | 1,196.75 |
| 11639 | 152.15 |
| 11640 | 1,349.81 |
| 11641 | 1,017.03 |
| 11642 | 266.41 |
| 11643 | 889.81 |
| 11644 | 861.03 |
| 11645 | 324.96 |
| 11646 | 140.95 |
| 11647 | 1,226.07 |
| 11648 | 78.99 |
| 11649 | 450.11 |
| 11650 | 281.90 |
| 11651 | 168.98 |
| 11652 | 1,230.60 |
| 11653 | 83.49 |
| 11654 | 46.47 |
| 11655 | 78.99 |
| 11656 | 1,116.76 |
| 11657 | 176.58 |
| 11658 | 1,050.16 |
| 11659 | 685.55 |
| 11660 | 250.92 |
| 11661 | 247.82 |
| 11662 | 83.49 |
| 11663 | 162.64 |
| 11664 | 88.29 |
| 11665 | 125.41 |
| 11666 | 961.87 |
| 11667 | 223.04 |
| 11668 | 1,011.16 |
| 11669 | 1,240.36 |
| 11670 | 398.92 |
| 11671 | 369.41 |
| 11672 | 996.76 |
| 11673 | 1,972.84 |
| 11674 | 303.02 |
| 11675 | 1,301.00 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11676 | 466.22 |
| 11677 | 65.05 |
| 11678 | 287.11 |
| 11679 | 596.79 |
| 11680 | 806.21 |
| 11681 | 89.99 |
| 11682 | 331.32 |
| 11683 | 70.48 |
| 11684 | 168.83 |
| 11685 | 1,980.92 |
| 11686 | 177.57 |
| 11687 | 70.48 |
| 11688 | 921.60 |
| 11689 | 288.10 |
| 11690 | 355.23 |
| 11691 | 697.78 |
| 11692 | 1,232.52 |
| 11693 | 281.90 |
| 11694 | 1,052.30 |
| 11695 | 472.42 |
| 11696 | 348.50 |
| 11697 | 422.85 |
| 11698 | 1,451.79 |
| 11699 | 705.36 |
| 11700 | 845.70 |
| 11701 | 1,141.06 |
| 11702 | 336.88 |
| 11703 | 919.28 |
| 11704 | 584.09 |
| 11705 | 542.12 |
| 11706 | 431.66 |
| 11707 | 1,111.49 |
| 11708 | 630.02 |
| 11709 | 973.49 |
| 11710 | 228.46 |
| 11711 | 631.85 |
| 11712 | 281.90 |
| 11713 | 377.93 |
| 11714 | 625.54 |
| 11715 | 1,158.96 |
| 11716 | 1,707.00 |
| 11717 | 1,127.60 |
| 11718 | 1,240.67 |
| 11719 | 1,018.56 |
| 11720 | 1,279.40 |
| 11721 | 266.41 |
| 11722 | 712.03 |
| 11723 | 422.85 |
| 11724 | 495.65 |
| 11725 | 712.03 |
| 11726 | 41.82 |
| 11727 | 281.90 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11728 | 687.71 |
| 11729 | 1,224.41 |
| 11730 | 281.90 |
| 11731 | 281.90 |
| 11732 | 785.01 |
| 11733 | 211.43 |
| 11734 | 704.75 |
| 11735 | 18.59 |
| 11736 | 174.41 |
| 11737 | 413.56 |
| 11738 | 495.65 |
| 11739 | 618.01 |
| 11740 | 648.68 |
| 11741 | 208.02 |
| 11742 | 130.11 |
| 11743 | 907.14 |
| 11744 | 140.95 |
| 11745 | 500.30 |
| 11746 | 707.23 |
| 11747 | 504.17 |
| 11748 | 360.13 |
| 11749 | 195.93 |
| 11750 | 4.65 |
| 11751 | 1,062.55 |
| 11752 | 140.95 |
| 11753 | 1,044.74 |
| 11754 | 806.21 |
| 11755 | 422.85 |
| 11756 | 1,127.60 |
| 11757 | 1,296.48 |
| 11758 | 2,314.01 |
| 11759 | 498.65 |
| 11760 | 213.52 |
| 11761 | 627.78 |
| 11762 | 152.05 |
| 11763 | 295.35 |
| 11764 | 69.04 |
| 11765 | 166.22 |
| 11766 | 332.43 |
| 11767 | 144.48 |
| 11768 | 39.03 |
| 11769 | 487.73 |
| 11770 | 453.98 |
| 11771 | 1,034.11 |
| 11772 | 636.73 |
| 11773 | 830.93 |
| 11774 | 563.80 |
| 11775 | 1,585.24 |
| 11776 | 704.75 |
| 11777 | 127.62 |
| 11778 | 121.46 |
| 11779 | 391.41 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11780 | 653.61 |
| 11781 | 281.90 |
| 11782 | 422.85 |
| 11783 | 140.95 |
| 11784 | 358.88 |
| 11785 | 361.52 |
| 11786 | 525.85 |
| 11787 | 281.90 |
| 11788 | 493.33 |
| 11789 | 140.95 |
| 11790 | 598.03 |
| 11791 | 1,009.66 |
| 11792 | 280.09 |
| 11793 | 171.93 |
| 11794 | 449.34 |
| 11795 | 83.49 |
| 11796 | 294.14 |
| 11797 | 1,020.88 |
| 11798 | 281.90 |
| 11799 | 588.58 |
| 11800 | 320.62 |
| 11801 | 398.07 |
| 11802 | 363.99 |
| 11803 | 584.09 |
| 11804 | 250.46 |
| 11805 | 567.21 |
| 11806 | 650.54 |
| 11807 | 552.18 |
| 11808 | 642.33 |
| 11809 | 548.31 |
| 11810 | 1,031.57 |
| 11811 | 599.58 |
| 11812 | 130.88 |
| 11813 | 166.22 |
| 11814 | 636.60 |
| 11815 | 370.79 |
| 11816 | 867.77 |
| 11817 | 581.75 |
| 11818 | 166.22 |
| 11819 | 318.36 |
| 11820 | 63.09 |
| 11821 | 60.47 |
| 11822 | 235.26 |
| 11823 | 831.08 |
| 11824 | 581.75 |
| 11825 | 173.37 |
| 11826 | 1,080.40 |
| 11827 | 581.75 |
| 11828 | 476.91 |
| 11829 | 560.01 |
| 11830 | 498.65 |
| 11831 | 205.85 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11832 | 476.91 |
| 11833 | 144.48 |
| 11834 | 152.15 |
| 11835 | 249.32 |
| 11836 | 144.48 |
| 11837 | 326.03 |
| 11838 | 84.38 |
| 11839 | 83.11 |
| 11840 | 364.39 |
| 11841 | 326.03 |
| 11842 | 159.82 |
| 11843 | 733.90 |
| 11844 | 83.11 |
| 11845 | 567.69 |
| 11846 | 370.79 |
| 11847 | 2,247.05 |
| 11848 | 2,288.93 |
| 11849 | 1,030.02 |
| 11850 | 559.51 |
| 11851 | 211.43 |
| 11852 | 704.75 |
| 11853 | 493.33 |
| 11854 | 263.47 |
| 11855 | 422.85 |
| 11856 | 1,001.99 |
| 11857 | 504.17 |
| 11858 | 786.84 |
| 11859 | 240.29 |
| 11860 | 517.18 |
| 11861 | 1,723.01 |
| 11862 | 698.10 |
| 11863 | 70.48 |
| 11864 | 366.47 |
| 11865 | 545.37 |
| 11866 | 322.56 |
| 11867 | 352.38 |
| 11868 | 83.11 |
| 11869 | 99.73 |
| 11870 | 1,396.21 |
| 11871 | 282.31 |
| 11872 | 61.37 |
| 11873 | 3,370.75 |
| 11874 | 831.08 |
| 11875 | 1,662.15 |
| 11876 | 184.65 |
| 11877 | 140.95 |
| 11878 | 61.37 |
| 11879 | 166.22 |
| 11880 | 2,251.57 |
| 11881 | 90.78 |
| 11882 | 1,370.76 |
| 11883 | 498.65 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11884 | 332.43 |
| 11885 | 755.64 |
| 11886 | 914.18 |
| 11887 | 140.30 |
| 11888 | 166.22 |
| 11889 | 997.29 |
| 11890 | 83.11 |
| 11891 | 90.78 |
| 11892 | 136.81 |
| 11893 | 227.58 |
| 11894 | 627.78 |
| 11895 | 1,315.65 |
| 11896 | 166.22 |
| 11897 | 1,141.77 |
| 11898 | 1,368.08 |
| 11899 | 83.11 |
| 11900 | 106.12 |
| 11901 | 1,163.51 |
| 11902 | 113.79 |
| 11903 | 603.93 |
| 11904 | 208.66 |
| 11905 | 212.51 |
| 11906 | 166.22 |
| 11907 | 581.75 |
| 11908 | 498.65 |
| 11909 | 83.11 |
| 11910 | 1,111.08 |
| 11911 | 2,343.63 |
| 11912 | 831.08 |
| 11913 | 166.19 |
| 11914 | 498.65 |
| 11915 | 1,043.32 |
| 11916 | 1,848.16 |
| 11917 | 754.32 |
| 11918 | 880.94 |
| 11919 | 250.92 |
| 11920 | 377.93 |
| 11921 | 283.45 |
| 11922 | 166.22 |
| 11923 | 513.88 |
| 11924 | 286.96 |
| 11925 | 363.99 |
| 11926 | 184.00 |
| 11927 | 111.52 |
| 11928 | 1,978.70 |
| 11929 | 869.43 |
| 11930 | 281.90 |
| 11931 | 281.90 |
| 11932 | 340.45 |
| 11933 | 475.51 |
| 11934 | 422.85 |
| 11935 | 504.17 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11936 | 140.95 |
| 11937 | 880.94 |
| 11938 | 2,375.25 |
| 11939 | 579.13 |
| 11940 | 343.86 |
| 11941 | 664.74 |
| 11942 | 903.01 |
| 11944 | 99.73 |
| 11946 | 185.87 |
| 11947 | 211.43 |
| 11948 | 45.54 |
| 11949 | 577.81 |
| 11950 | 333.94 |
| 11951 | 1,550.45 |
| 11952 | 691.89 |
| 11953 | 198.44 |
| 11954 | 401.17 |
| 11955 | 453.98 |
| 11956 | 738.82 |
| 11957 | 54.75 |
| 11958 | 49.94 |
| 11959 | 558.84 |
| 11960 | 69.04 |
| 11961 | 332.43 |
| 11962 | 430.88 |
| 11963 | 211.43 |
| 11964 | 154.96 |
| 11965 | 199.46 |
| 11966 | 110.46 |
| 11967 | 64.44 |
| 11968 | 99.73 |
| 11969 | 199.46 |
| 11970 | 46.03 |
| 11971 | 36.82 |
| 11972 | 391.24 |
| 11973 | 831.08 |
| 11974 | 129.13 |
| 11975 | 563.80 |
| 11976 | 708.50 |
| 11977 | 226.95 |
| 11978 | 1,569.58 |
| 11979 | 843.86 |
| 11980 | 340.45 |
| 11981 | 257.12 |
| 11982 | 76.98 |
| 11983 | 549.50 |
| 11984 | 845.70 |
| 11985 | 1,550.45 |
| 11986 | 35.92 |
| 11987 | 347.86 |
| 11988 | 440.47 |
| 11989 | 2,094.31 |

| Tracking Number of Potential Opt-In | Estimated Settlement Share |
|---|---|
| 11990 | 1,161.46 |
| 11991 | 1,495.94 |
| 11992 | 1,336.94 |
| 11993 | 281.90 |
| 11994 | 1,846.35 |
| 11995 | 211.43 |
| 11996 | 1,198.08 |
| 11997 | 211.43 |
| 11998 | 566.51 |
| 11999 | 140.95 |
| 12000 | 294.65 |
| 12001 | 726.23 |
| 12002 | 1,070.14 |
| 12003 | 186.49 |
| 12004 | 199.50 |
| 12005 | 199.50 |
| 12006 | 634.28 |
| 12007 | 204.46 |
| 12008 | 696.23 |