*Hosier et al. v. Mattress Firm, Inc.*, Case No.  3:10-cv-294-J-32-JRK
Middle District of Florida (Jacksonville Division)

**SETTLEMENT SHARE FORM
For
\_\_\_\_[NAME]\_\_\_\_**

The Estimated Settlement share for which you are eligible is $ _____.

Your gross settlement payment will be evenly divided between back pay and liquidated damages.

- Back Pay Gross Amount (subject to withholding for all required federal and state taxes and employee payroll taxes) _____;

- Liquidated Damages (not subject to payroll taxes) _____.

**To claim your share of the settlement you must return the enclosed Consent to Join and Release form so that it is received by the Settlement Claims Administrator on or before [insert 60 days after notice mailing].**