**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRADLEY HOSIER, individually and on
behalf of persons similarly situated,

        Plaintiff,

vs.                                      Case No. 3:10-cv-294-J-32JRK

MATTRESS FIRM, INC., etc.,

        Defendant.

## ORDER

This FLSA case for unpaid overtime wages is before the Court on the parties' Consent Motion for Order Approving Settlement of Collective Action and Authorizing Notice of Settlement (Doc. 50). The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 55), recommending that the motion be granted to the extent that the case be conditionally certified as a collective action, that notice be issued, and that, once those who wish to opt-in have done so, the parties move for final certification and approval of the class settlement; the recommendation is that the motion otherwise be denied without prejudice. The parties filed a Joint Notice of Waiver of Objections (Doc. 56) that also included some of the information the Magistrate Judge directed them to submit.

Upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 55), the Court finds the consent motion is due to be granted in part and denied in part without prejudice and notice issued in accordance with the terms outlined by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 55) is **ADOPTED** as the opinion of the Court.

2. The Consent Motion (Doc. 50) is **granted in part and denied in part** as explained in the Report and Recommendation.

3. The following class is hereby conditionally certified under 29 U.S.C. § 216(b):

   Managers on Duty nationwide who (1) were employed by Mattress Firm, Inc. between October 1, 2007 and May 26, 2011 and who participated in training during which they were ineligible to earn commissions; (2) received commissions that exceeded their draw during no more than one-twelfth of the commission periods during which they were entitled to receive commissions; or (3) were paid less than one-and-one-half the applicable minimum wage during any commission period.

4. Notice shall be issued to potential class members in the form and manner specified in the Magistrate Judge's Report and Recommendation (Doc. 55). The Magistrate Judge is requested to approve the amended notice and oversee the notification process and to prepare a Report and Recommendation once the parties seek final certification of the class and approval of the settlement.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of January, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

s.

Copies:

2

Honorable James R. Klindt
United States Magistrate Judge

counsel of record