**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRADLEY HOSIER, individually and on
behalf of persons similarly situated,

           Plaintiff,

vs.                                            Case No.   3:10-cv-294-J-32JRK

MATTRESS FIRM, INC., a foreign
corporation,

           Defendant.
_____/

## O R D E R

This cause is before the Court sua sponte.  On January 23, 2012, this matter was referred to the undersigned by the Honorable Timothy J. Corrigan, United States District Judge, to approve the parties' amended notice and to oversee the notification process.  See Order (Doc. No. 57).  On February 3, 2012, the parties filed a Joint Notice of Filing Revised Notice of Proposed Settlement (Doc. No. 58; "Joint Notice").  Upon review of the Joint Notice, it is

**ORDERED**:

1. The Court approves as to form and content the Joint Notice of Filing Revised Notice of Proposed Settlement (Doc. No. 58) for distribution to the named Plaintiff, the opt-in Plaintiffs, and each potential opt-in plaintiff.

2. The Court confirms Settlement Services, Inc. as the Settlement Claims Administrator.

3. Within ten (10) days of the date of this Order, Defendant shall provide the Settlement Claims Administrator with an Excel chart listing the last known address, phone number, and social security number of the named Plaintiff, the opt-in Plaintiffs, and the

-2-

potential opt-in plaintiffs. Also within ten (10) days of the date of this Order, Plaintiffs' counsel shall provide the Settlement Claims Administrator with any updated addresses for the named Plaintiff, the opt-in Plaintiffs, and the potential opt-in plaintiffs.

4.  The Settlement Claims Administrator shall confirm the accuracy of the names and addresses through the United States Post Office's National Change of Address prior to the mailing of the Joint Notice.

5.  Within twenty (20) days of the date of this Order, the Settlement Claims Administrator shall mail copies of the Joint Notice to the named Plaintiff, the opt-in Plaintiffs, and each potential opt-in plaintiff. Prior to mailing, the Settlement Claims Administrator and/or counsel of record shall ensure that each Joint Notice is accurately completed, including the date each form must be received by the Settlement Claims Administrator; the date each objection must be received by the Clerk of the Court; the date, time, and location of the final certification and approval hearing; the date by which any attorney who intends to represent a potential opt-in plaintiff must file a notice of appearance; the date the Joint Notice was authorized by the Court; and the estimated settlement share amounts.

6.  If any of the mailings by the Settlement Claims Administrator are returned as undeliverable, the Settlement Claims Administrator shall use its best efforts to update the address of the individual to whom the mailing was sent, through an electronic search using the social security number and/or former address of that person, and shall promptly resend the mailing to any such new address.

7.  To participate in this lawsuit, the named Plaintiff, the opt-in Plaintiffs, and each potential opt-in plaintiff must mail his or her completed Consent to Join and Release Form so that it is received by the Settlement Claims Administrator within sixty (60) days of the date the

first Joint Notice is mailed. Upon receipt of the completed Consent to Join and Release Forms, the Settlement Claims Administrator shall provide electronic copies of each form to Plaintiffs' counsel. Plaintiffs' counsel shall then file each Consent to Join and Release Form with the Court as soon as practicable, but no later than **May 7, 2012**.

8. To be considered, any objections must be received by the Clerk of the Court, 300 North Hogan Street, Jacksonville, Florida 32202 within sixty (60) days of the date the first Joint Notice is mailed. Each objection must include the case name and case number, which is Hosier, et al. v. Mattress Firm, Inc., Case No. 3:10-cv-294, and must state the legal and factual basis for the objection.

9. The parties shall have up to and including **May 18, 2012** to file a motion for final certification of the class and approval of the settlement.

10. The undersigned will hold a final certification and approval hearing on **May 30, 2012 at 10:00 AM** in Courtroom 5D, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida, during which the undersigned will consider any objections properly filed and the fairness and reasonableness of the terms of the proposed settlement.[1]

**DONE AND ORDERED** at Jacksonville, Florida on February 7, 2012.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Counsel of Record

---

[1] The parties and all interested persons are reminded that photo identification is required to enter the United States Courthouse. In addition, cellular telephones and laptop computers are prohibited in the courthouse. However, counsel of record may bring cellular telephones and/or laptop computers into the courthouse and the courtroom upon presentation of this Order to courthouse security personnel.