FILED

2012 JUL 10 AM 11: 20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADLEY HOSIER,

          Plaintiff,

vs.　　　　　　　　　　　　　　　　　　Case No. 3:10-cv-294-J-32JRK

MATTRESS FIRM, INC.,

          Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's June 8, 2012 Report and Recommendation (Doc. 69) and the parties' Joint Notice of Waiver of Objections to Report and Recommendation (Doc. 70). Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 69) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Final Order Approving Settlement of Collective Action and Dismissing Case (Doc. 65) is **GRANTED.**

3. The parties' settlement is **APPROVED**, including the amount of attorneys' fees, costs, and service payments, and this matter is hereby certified as a collective action for settlement purposes.

4. The Settlement Claims Administrator is directed to (1) mail all payments, including service payments, to Qualified Claimants; (2) wire any award of attorneys' fees and costs to Plaintiffs' counsel; and (3) refund any amount remaining in the common fund to

Defendant, in accordance with the terms of the Settlement Agreement, **within fourteen (14) days** of this Order.

5. The Court will retain jurisdiction to enforce the terms of the parties' settlement, but in all other respects, this case is **dismissed with prejudice**; the Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of July, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

counsel of record